567 S.E.2d 470

**Re In the Matter of Larry S. DRAYTON, Respondent.**

Supreme Court of South Carolina.

July 9, 2002.

## ORDER

On April 8, 2002, Respondent was suspended from the practice of law for a period of ninety days. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

/s/ Jean H. Toal, C.J.